# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TYLER ASHLEY,

    Petitioner

v.

BRIAN E. WILLIAMS, et al.,

    Respondents

Case No.: 2:20-cv-01031-APG-DJA

**Order**

    Petitioner Tyler Ashley submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1-1.  On June 26, 2020, I ordered Ashley to either pay the $5.00 filing fee or submit an inmate account statement for the past six months and a properly executed financial certificate by July 30, 2020. ECF No. 3.  That order was electronically served on Ashley at his address of record. *Id*.  That deadline has passed and Ashley has not filed the account statement and financial certificate, paid the filing fee, or contacted the court in any way.  Accordingly, this action is dismissed without prejudice as improperly commenced.

    I THEREFORE ORDER that petitioner's application to proceed *in forma* **pauperis** **(ECF No. 1) is DENIED.**

    I FURTHER ORDER the Clerk to detach and file the petition (ECF No. 1-1).

    I FURTHER ORDER that the petition is **DISMISSED** without prejudice.

    I FURTHER ORDER that a certificate of appealability is denied.

    I FURTHER ORDER the Clerk to enter judgment accordingly and close this case.

    Dated: September 3, 2020

    _____
U.S. District Judge Andrew P. Gordon